IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO. 1:11-cv-00056-MP-GRJ

REAL PROPERTY LOCATED AT 7660 NE 30TH STREET, HIGH SPRINGS, FLORIDA
WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON,

    Defendant.

_____/

## DECREE OF FORFEITURE

    This matter is before the Court on Doc. 7, Motion for Forfeiture of Property, filed by the United States of America.  On March 25, 2011, a Verified Complaint of Forfeiture In Rem against the defendant property, real property located at 7660 NE 30th Street, High Springs, Florida with all improvements and appurtenances thereon, was filed on behalf of the Plaintiff, United States of America.  The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 21, United States Code § 881(a)(7).

    It appears that process was fully issued in this action according to law:

    On April 20, 2011, Katherine Logan, the owner of the defendant property, was served by certified mail the Notice and Acknowledgment of Receipt of Complaint and Notice of Complaint for Forfeiture in Rem.

    That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning April 6, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture

Actions.

To date, Ms. Logan has not filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

the Defendant property, Real property located at 7660 NE 30th Street, High Springs, Florida with all improvements and appurtenances thereon, more specifically described in Exhibit A, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this _24th_ day of August, 2011

　　　　　　　　　　*s/Maurice M. Paul*
　　　　　　　Maurice M. Paul, Senior District Judge

The Southeast 1/4 of the Southwest 1/4 of the Southeast 1/4 of Section 14, Township 8 South, Range 16 East, Gilchrist County, Florida.

Subject to a County Maintained Graded Road over the South 20 feet thereof.

Subject to, together with and reserving unto the Grantors, Successors and Assigns, an easement for ingress, egress and public utilities over, upon, across and under a 40.00 foot wide strip of land, said strip of land lying 20.00 feet on each side of the following described easement centerline:

Commence at a concrete monument at the Southeast corner of Section 14, Township 8 South, Range 16 East for a point of reference and run South 88 deg. 30 min. 51 sec. West, along the South line of said Section 14, a distance of 1983.44 feet to a steel rod and cap at the Southeast corner of the West 1/4 of the Southeast 1/4 of said Section 14 and the True Point of Beginning of said Easement centerline (easement lines are to begin on said South line of Section 14); thence run North 00 deg. 30 min. 07 sec. West, along the East line of said West 1/4 and along said centerline, a distance of 1989.70 feet to a steel rod and cap on the South line of the North 1/4 of said Southeast 1/4 of Section 14; thence run North 88 deg. 34 min. 00 sec. East, along said South line, a distance of 1982.05 feet to a steel rod and cap on the East line of said Section 14 and the terminus of said centerline (easement lines are to end on said section line).

TOGETHER WITH: 1992 Fleetwood Mobile Home ID#GAFLM75A13014WE

EXHIBIT A

7660 NE 30th Street, High Springs, FL