IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                      CASE NO.:  1:11cv56/MP/GRJ

**REAL PROPERTY LOCATED AT
7660 NE 30TH STREET, HIGH SPRINGS,
FLORIDA WITH ALL IMPROVEMENTS
AND APPURTENANCES THEREON,**

    Defendant.
_____/

## O R D E R

    This matter is before the court on an Answer to the Complaint (doc. 9) and a Claim to Real Property for Forfeiture in Rem (doc. 10), filed by Northgate Motorcars, Inc. on October 24, 2011.  The Answer and Claim is long overdue; a Decree of Forfeiture (doc. 8) was entered by the court on August 24, 2011.[1]  The Answer and Claim are thus procedurally improper.  The Clerk is directed to close the file.

    **DONE and ORDERED** this 27th day of October, 2011.

                                          *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The case should have been closed at that time.